SA:PGS
F. #2015R00067

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2015 ★
BROOKLYN OFFICE

FILED
CLERK
2015 JAN 21 PM 2:59
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CHEVELLE NESBETH,

        Defendant.

- - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **CR 15 - 00018**

(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(C), 952(a), 960(a)(1)
and 960(b)(3); T. 18, U.S.C.,
§§ 3551 et seq.)

BLOCK, J.

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about January 6, 2015, within the Eastern District of New York and elsewhere, the defendant CHEVELLE NESBETH did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about January 6, 2015, within the Eastern District of New York, the defendant CHEVELLE NESBETH did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2015R00067
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

CHEVELLE NESBETH

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1) and 960(b)(3); T. 18, U.S.C., §§ 3551 et seq)

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* ___

_____
Clerk

Bail, $ _____

*Paul G. Scotti, Assistant U.S. Attorney (718) 254-6366*