

U.S. Department of Justice

United States Attorney
Eastern District of New York

PGS
F. #2015R00067

271 Cadman Plaza East
Brooklyn, New York 11201

March 6, 2015

By Email, Hand and ECF

Amanda David, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Street, 16th Floor
Brooklyn, New York 11201

      Re:    United States v. Chevelle Nesbeth
               Criminal Docket No. 15-0018 (FB)

Dear Ms. David:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. This discovery supplements the prior disclosures provided to you by letter dated February 19, 2015. Please also consider this letter to be the government's renewed request for reciprocal discovery.

      The additional discovery is bates numbered and includes the following:

- Handwritten notes containing the defendant's statements to law enforcement, Bates numbered NESBETH000022 – 23.

- Copies of the defendant's passport, JetBlue passenger receipt, boarding pass, identification cards, bank cards, and other items collected from the defendant, Bates-numbered NESBETH000024 – 32.

If you have any questions please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

By:   /s/ Paul G. Scotti
        Paul G. Scotti
        Assistant U.S. Attorney
        (718) 254-6366

Enclosures

cc:    Clerk of the Court (RRM) (by ECF) (without enclosures)