

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:PGS
F. #2015R00067

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2015

**BY EMAIL AND ECF**

Amanda David, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

        Re:    United States v. Chevelle Nesbeth
                  Criminal Docket No. 15-018(FB)

Dear Ms. David:

        The government hereby provides notice, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, that it intends to call (1) Special Agent Daniel Suden of Homeland Security Investigations ("HSI"), and (2) Forensic Chemist Michael White of the Drug Enforcement Administration ("DEA") to testify as expert witnesses at trial in the above-referenced matter.

I.        Special Agent Daniel Suden

        Special Agent Suden has been employed by HSI for approximately five years. Prior to that, he served as a peace officer in Arizona for nine years, where he held the ranks of detective and sergeant. Throughout his career, Special Agent Suden has received specialized training in, among other things, the identification and investigation of narcotics and drug trafficking. Additionally, he has participated in approximately one hundred drug-trafficking investigations, many of which involved the smuggling of narcotics into the United States.

        The government anticipates that Special Agent Suden will testify that the amount of cocaine recovered in this case is consistent with distribution, rather than with personal use. He will also testify as to the wholesale value and the street value of those quantities of cocaine.

II.   Forensic Chemist Michael White

Forensic Chemist White received a Bachelor of Science in forensic and investigative analysis with a concentration in chemistry from Purdue School of Science. Since October of 2012, he has served as a forensic chemist for the DEA Northeast Laboratory. His responsibilities include analyzing evidence and identifying the presence of controlled substances or lack thereof. A copy of his curriculum vitae has been provided to the defendant.

The government anticipates that Forensic Chemist White will testify that he examined the drug evidence in this case, and made findings concerning the chemical composition, gross weight and net weight of the contents of the exhibits. His findings are detailed in his report, which was provided to the defendant. Forensic Chemist White determined that the substance he analyzed consists of cocaine hydrochloride with a purity level of greater than 50 percent. A copy set of his work-papers will follow shortly.

\*   \*   \*

The government reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.

Pursuant to Rule 16(b), the government hereby reiterates its prior requests for reciprocal discovery, as set forth in full in the government's previous discovery letters.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney
Eastern District of New York

By:   /s/   Paul G. Scotti
Paul G. Scotti
Assistant U.S. Attorney
(718) 254-6366

cc:   Clerk of the Court (FB) (by ECF)



Michael D. White B.S  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences

Forensic Chemist  
Northeast Laboratory  
New York, NY

## AREA OF EXPERTISE

**Forensic Discipline**

Controlled Substance Examination

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist*
*Northeast Laboratory, (New York, NY), 2012-Present*

- Conduct quantitative and qualitative chemical analyses on over 200 exhibits submitted for substance identification by utilizing all manners of modern analytical techniques and instrumentation, to include but not limited to gas chromatography using flame ionization detection (GC-FID), mass selective detector (GC-MSD), and gas - phase IR detection (GC-IRD), high-performance (HPLC) and ultra high-performance (UPLC) liquid chromatography with ultra-violet - visible light detection, mass spectrometry (LC - MS), and tandem mass spectrometry (LC-MS/MS), capillary electrophoresis (CE) infrared spectroscopy (IR) using Attenuated Total Reflectance (ATR) and Raman, and nuclear magnetic resonance spectrometry (NMR).
- Provide on scene clandestine laboratory support to local, state and federal law enforcement personnel. To include collection of evidence and processing of hazardous materials.

*Training*

- Clandestine Laboratory Recertification (Philadelphia, PA), 2015
- Water's (UPLC) Instrument training (New York, NY), 2015
- Water's (UPLC) Software training (New York, NY), 2015
- Nalxone Deployment at DEA Laboratories (New York, NY), 2015
- Clandestine Laboratory Recertification (Albany, NY), 2014
- Agilent 1100/1200 Series Liquid Chromatography Routine Maintenance (Alpharetta, GA), 2014
- Basic NMR Training (New York, NY), 2014
- Agilent Gas Chromatography Low Thermal Mass (New York, NY), 2014
- Clandestine Laboratory Recertification (New York, NY), 2013
- Analytical Instrumentation Seminar LC-MS and LC-MS/MS (New York, NY), 2013
- Laboratory Information Management System (LIMS) Introduction (New York, NY), 2013
- DEA Northeast Laboratory Forensic Chemist Training program (New York, NY), 2013
- DEA Basic Forensic Chemist Training Class No. 1, (Quantico, VA), 2013
- Network Environmental System (NES) Clandestine Laboratory Safety Training (Quantico, VA), 2013
-

DEA Annual Training to include: Bloodborne Pathogens, General Safety, Laboratory Hazardous Waste, Fire Extinguishers and Fire Prevention, Chemical Hygiene, Respiratory Protection Plan, Environmental Management System Awareness, General Security, DOJ IT Security, Computer Security Awareness, Insider Threat, No FEAR Act, Annual Legal Refresher; 2012-present

**United States Army**
*Senior Intelligence Analyst*
*U.S. Army, (Fort Hood, TX), 2005 - Dec 2008*

- Analyzed and disseminated information to 22,000 personnel during Operation Iraqi Freedom, resulting in the production of timely and actionable intelligence.
- Redesigned and implemented an incident log, completely automating production and reducing production time by over 50% while in a strenuous combat environment.
- Supervised accountability and maintenance of over $350,000 worth of section equipment.
- Provided leadership, training, and mentorship to 18 section personnel allowing them to excel in all intelligence tasks with 100% mission accomplishment.
- Produced intelligence products used by the Center for Army Lessons Learned as a template on how to conduct logistical intelligence.
- Effectively managed intelligence production - recognized by the Battle Command Training Program for exceptional intelligence proficiency.

*Battalion Intelligence Supervisor*
*U.S. Army, (Fort Hood, TX), 2003 - 2005*

- Maintained security programs for 33 Movement Control Teams numbering over 400 personnel.
- Enhanced the company webpage; resulting in real time current intelligence and threat assessments, spanning 10,286 Km of Iraqi road space.
- Appointed the Battalion Security Manager; revamped the security system decreasing security related incidents by 75%.
- Recognized for outstanding performance and knowledge by being named the Divisional Soldier of the Year.

## EDUCATION AND CERTIFICATIONS

Purdue University (Indianapolis, IN)

- Bachelor of Science in Forensic and Investigative Science, Forensic Chemistry Concentration, 2012

## PROFESSIONAL AFFILIATIONS

- American Academy of Forensic Sciences (AAFS), 2008-Present

## PRESENTATIONS AND LECTURES

- An Analytical Profile of 2-[(2,6-dichlorophenyl)-amino]phenylacetoxyacetic Acid (Aceclofenac) Poster presentation
  - American Academy of Forensic Scientists annual meeting, Orlando FL, 2015

## DISTINCTIONS

- Chosen Class representative for DEA Basic Forensic Chemist Training Class No. 1, (2013)

- Bronze Star Medal, (2005 and 2007)
- Meritorious Service Medal, (2008)
- Army Commendation Medal, (2003)
- Army Achievement Medal, (2003 and 2005)
- Iraq Campaign Medal with Campaign Star, (2004 and 2007)
- Humanitarian Service Medal, (2005)