

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PGS
F. #2015R00067

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 9, 2015

By Hand and ECF

Amanda David, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

   Re: United States v. Chevelle Nesbeth
     <u>Criminal Docket No. 15-0018 (FB)</u>

Dear Ms. David:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. This discovery supplements the prior disclosures provided to you by letters dated February 19, 2015, March 6, 2015, May 11, 2015, May 22, 2015, May 30, 2015, June 1, 2015 and June 5, 2015. Please also consider this letter to be the government's renewed request for reciprocal discovery.

  The additional discovery is bates numbered and includes the following:

- Photographs of JFK Airport Terminal 5 (secondary processing area) and the tool used to probe the defendant's suitcase, Bates numbered NESBETH000083-84.

Any additional discovery will be provided to you as it becomes available. Please do not hesitate to contact me with any questions.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By: /s/ Paul G. Scotti
Paul G. Scotti
Assistant U.S. Attorney
(718) 254-6366

Enclosures

cc: Clerk of the Court (FB) (by ECF) (without enclosures)



NESBETH000084