UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF SUSTENANCE |
| -vs- | |
| | CR-15-18 (FB) |
| CHEVELLE NESBETH,<br>              Defendant. | |

-------------------------------------------------------------

      **ORDERED** that the Marshal supply proper

(   )    LODGING

(XX)    SUSTENANCE

(   )    TRANSPORTATION

        to the (12) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
         **June 17, 2015**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) OTHER _____

                                 /S/ Frederic Block
                                    U. S. D. J.