STEVEN M. GOLD
U.S. MAGISTRATE JUDGE

DATE: 6/15/2015
TOTAL TIME: 9:30 - 3:40

## CRIMINAL/CIVIL CAUSE FOR JURY SELECTION

DOCKET NO.: 15-CR-18

CASE NAME: USA v. Chevelle Nesbeth

CT. REPORTER: Holly Driscoll          DPT. CLERK: Kevin Jason

INTERPRETER:                           LANGUAGE:

APPEARANCES:   FOR PLAINTIFF(S)/USA:   Paul Scotti
                                      Shreve Ariail

               FOR DEFENDANT(S):       Amanda David
                                      Michael Weil

✓ COUNSEL PRESENT/NOT PRESENT: _____

✓ CASE CALLED          ___ JURORS SWORN

✓ JURY SELECTED        ___ SELECTION ADJOURNED TO _____

✓ TRIAL TO BEGIN       ___ TRIAL ADJOURNED TO _____

___ OTHER: _____