**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
FREDERIC BLOCK
U.S. DISTRICT JUDGE



Mr. Johnny Dwyer
Post Office 232
New York, New York 10108

<u>Re: *United States v. Nesbeth*, 15-CR-0018</u>

Dear Mr. Dwyer:

    This is to acknowledge receipt of your letter requesting that two sentencing memoranda in the above-referenced case (Docket Entries 34 and 39) be unsealed. Both your letter and this response will be filed on the docket.

    I have directed the parties to respond to your request. The government has no objection, but defense counsel has asked for a short period of time to file a letter setting forth her objections, if any, to disclosure of specific portions of the memoranda. I will then rule on her objections.

    I have asked my case manager to inform you of my ruling and, if applicable, to provide you with copies of the unsealed memoranda.

                                          Sincerely,

                                          s/Frederic Block

                                          FREDERIC BLOCK
                                          Senior United States District Judge

cc:    Counsel of record (via ECF)