Senior Judge Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Johnny Dwyer
P.O. Box 232
New York, NY 10108
jd@johnnydwyer.net
(917) 570-7563

Re: USA v. Nesbeth 1:15-cr-00018-FB-1

Dear Hon. Block;

I am an author, independent reporter and member of the public contacting you regarding a case that appeared before your court: USA v. Nesbeth 1:15-cr-00018-FB-1. I am writing to request the unsealing of Ms. Nesbeth's sentencing memorandums filed under seal on as docket entries #34 and #39 on September 11th, 2015 and January 26, 2016, respectively.

My hope is that the presumptive right of public access to court proceedings and court filings under both common law and constitutional provisions will be considered with this request. I am mindful that the defendant may have privacy interests that are implicated by the contents of the sentencing memorandum and ask that these be weighed against the public interest in understanding the full spectrum of facts provided to the court prior to sentencing.

Ms. Nesbeth's sentencing in this case is of considerable public interest following the opinion delivered by the court discussing the issue of collateral consequences. That opinion garnered significant media attention and, as the sentence is considered by the circuit, it will likely receive additional coverage. The public has an interest in having access to the information in these documents that both the district and circuit court relied upon, at least in part, in making a determination on the sentence in this case. Even if the privacy interest is found to outweigh the public interest, I ask that the court

seek a more narrowly tailored alternative to the complete sealing of these documents.

I am grateful for your time and consideration of this application and look forward to your response.

Regards,

Johnny Dwyer